## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| EMERALD OF DUBLIN MASTER, LLC | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE: |
| | ) | |
| GREATER NEW YORK INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

---

## DEFENDANT'S NOTICE OF REMOVAL

---

PLEASE TAKE NOTICE that Defendant, GREATER NEW YORK MUTUAL INSURANCE COMPANY ("GNY"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes to this Court the state court action described below, and states as follows:

1.  On or about September 26, 2024, Plaintiff, EMERALD OF DUBLIN MASTER, LLC ("Plaintiff"), filed a Complaint in The Court of Common Pleas of Franklin County, Ohio, General Division, under Case No. 24CV-09-7413, against Defendant GNY. Plaintiff's Complaint is attached hereto as **Exhibit A** and incorporated herein by reference.

2.  Plaintiff's Complaint asserts, *inter alia*, a claim for breach of contract against Defendant GNY.

3.  On September 30, 2024, counsel for GNY received a copy of the Summons and Complaint. Counsel for GNY previously agreed to accept service on behalf of GNY.

4.  A current docket sheet is attached hereto as **Exhibit B**.

5.      This Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1) and (2)(B) as it is filed within thirty (30) days after counsel for GNY's receipt of Plaintiff's Complaint on September 30, 2024.

6.      This Notice of Removal is appropriate as this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

7.      For purposes of diversity of citizenship requirements, "a corporation shall be deemed to be a citizen of every State and foreign state where it has its principal place of business." 28 U.S.C. § 1332(c)(1).

8.      GNY is informed and believes that at the time the Complaint was filed, and at all times subsequent thereto, Plaintiff was and is a Delaware limited liability company and registered to conduct business in the State of Ohio as a foreign limited liability company.  GNY is informed and believes that Plaintiff's sole member is Chowdary Yalamanchili, a citizen of the State of Texas.

9.      At the time the Complaint was filed, and at all times subsequent thereto, Defendant GNY was and is formed under the laws of the State of New York with its principal place of business in New York.

10.     Plaintiff's Complaint alleges damages in excess of $50,000 for the loss and damages, plus punitive damages in excess of $50,000, plus attorney's fees, costs, and interest.  (See Exhibit A, WHEREFORE, ¶¶ A-E.)

11.     Since this action involves citizens of different states, the amount in controversy exceeds $75,000 exclusive of interest and costs, and this Notice of Removal is timely filed,

removal is proper.

12.    Removal to the United States District Court for the Southern District of Ohio, Eastern Division, is proper because it is the district and division embracing the place where such action is pending, in accordance with 28 U.S.C. § 1441(a).

13.    Promptly after the filing of this Notice of Removal, the Defendant will give written notice thereof to Plaintiff and will file a copy of this Notice with The Court of Common Pleas of Franklin County, Ohio, General Division.

WHEREFORE, Defendant hereby gives notice that the above-captioned action filed by Plaintiff is removed to this Court.

Respectfully submitted,

LUPER NEIDENTHAL & LOGAN, LPA

*/s/ Matthew T. Anderson*
Matthew T. Anderson (0082730)
Luper Neidenthal & Logan, LPA
1160 Dublin Rd, Suite 400
Columbus, OH 43215
Tel.: (614) 221-7663
Fax: (866) 345-4948
Email:  manderson@LNLattorneys.com
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing was served via electronic mail only on this 28th day of October, 2024, upon the following:

Shannon E. Loyd, Esq.
Loyd Law Firm, PLLC
12703 Spectrum Dr., Ste. 201
San Antonio, TX 78249
Phone: 210-775-1424
Email: shannon@theloydlawfirm.com
*Attorney for Plaintiff Emerald of Dublin Master, LLC*

Brennan T. Osborn, Esq.
Bevan and Associates LPA, Inc.
6555 Dean Memorial Pkwy
Boston Heights, OH 44233
Phone: (330) 650-0088
Fax: (330) 467-4493
Email: bosborn@bevanlaw.com
*Attorney for Plaintiff Emerald of Dublin Master, LLC*

/s/ *Matthew T. Anderson*
Matthew T. Anderson (0082730)